# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., | |
| Plaintiff, | Case No. 18-cv-04461 |
| v. | Judge Harry D. Leinenweber |
| 6guys9 | Magistrate Judge Mary M. Rowland |
| (No.10 in Schedual A) | |
| Defendant. | |

**FILED**
OCT 09 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Motion to Set Aside Default Judgement

I filed a Motion to Dismiss on August,10th. I was waiting for the result of my Motion to Dismiss. I did not receive any notification for the result, no email and no mail letter notification to me. So I miss the dead line to response the case.

I apply the hornorable Judge to set aside the Default Judgement against me and accept my response to the case.

Dated this Oct. 7th, 2018                    Respectfully Submitted

_____, Pro Se                         HaiJie Lin
Singature                                    _____
                                             Printed Name

                                             HaiJie Lin

                                    Apt.303, No.46, Lane 150,

                          XiangKun Road, Xiao KunShan Town,

                                 Song Jiang District, Shanghai,

                                             China, 201616

                                        Tel: +86 17717836356

                                E-MAIL: 1228056238@qq.com